UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
Bankruptcy Closing Report
Chapter 11

**DEBTOR NAME: Mark Kipnis,**
**CASE NO.:  1-18-40103-nhl**

To the best of my knowledge and belief, the following is a breakdown in this case:

FEES AND EXPENSES (From case inception):

<u>$11,887.50</u>      FEE for ATTORNEYS for DEBTOR

<u>$ 1,792.80</u>       EXPENSES for ATTORNEY for DEBTOR

$    N/A      OTHER PROFESSIONAL FEES and ALL EXPENSES

$    N/A      TRUSTEE FEE (if applicable)

$    N/A      ATTORNEY for TRUSTEE (if applicable)

_____X_____ PLAN CONFIRMED

_____ PLAN NOT CONFIRMED

{00735733.DOC;1 }

STEPS TAKEN TO CONSUMMATE PLAN:

\_\_\_\_\_X\_\_\_\_ Payments under Plan COMMENCED UPON ENTRY OF Final Order of Confirmation in September 2020.

DATE: October 7, 2020

                                                APPLICANT:
                                              Counsel to Mark Kipnis
Law Offices of Alla Kachan, P.C.
3099 Coney Island Avenue, 3rd Floor
Brooklyn, NY 11235

By: */s/ Alla Kachan*
     Alla Kachan, Esq.