United States Bankruptcy Court
Eastern District of New York

In Re: <u>Mark Kipnis</u>
      **Debtor**

Case No.   <u>1-18-40103</u>
Reporting Period:  <u>30-Nov-20</u>

Social Security. 

## Monthly Operating Report

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| Required Documents | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
|    Copies of bank statements | | | |
| Disbursement Journal | MOR-2 (INDV) | | |
| Balance Sheet | MOR-3 (INDV) | | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts and Taxes | MOR-4 (INDV) | | |
| Status of Secured Notes, Lease Payables, Adequate Protection Payments and Installment Payments | MOR-5 (INDV) | | |
| Debtor Questionnaire | MOR-6 (INDV) | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor: *(s) Mark Kipnis*         Date: *12/23/2020*

Signature of Joint Debtor:          Date:

In Re: <u>Mark Kipnis</u>                                           Case No. <u>1-18-40103</u>
     Debtor                                      Reporting Period: <u>30-Nov-20</u>

## Schedule of Cash Receipts and Disbursements

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the
ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition
was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the three bank
account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed
in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be
attached for each account.  [See MOR-1 (CON'T)]

| | Bank Accounts | | |
| --- | --- | --- | --- |
| | TD DIP 4241 | Current Month - Actual (Total of All Accounts) | Cummulative For All Months |
| **Cash - Beginning of Month** | $ 5,046.25 | $ 5,046.25 | |
| **Receipts** | | | |
| Salary | $ 4,077.72 | $ 4,077.72 | $ 223,809.48 |
| Interest and Dividend Income | $ - | $ - | $ 0.19 |
| Rental Income | $ - | $ - | $ 6,031.52 |
| Social Security and Pension | $ - | $ - | $ - |
| Sale of Assets | $ - | $ - | $ - |
| Other Income (Schedule Attached) | $ 8,661.22 | $ 2,670.00 | $ 127,479.92 |
| **Total Receipts** | $ 12,738.94 | $ 6,747.72 | $ 357,321.11 |
| | | | |
| **Disbursements - Ordinary** | | | |
| Auto Expense | $ - | $ - | $ 2,542.29 |
| Business Contributions | $ - | $ - | $ 6,000.00 |
| Community Fee | $ - | $ - | $ 9,220.00 |
| Computer and Internet Expenses | $ - | $ - | $ 3,453.37 |
| Condo Maintenance | $ - | $ - | $ 3,550.00 |
| Education | $ - | $ - | $ 5,795.05 |
| Household: Food, Clothing, Hygine | $ 1,558.03 | $ 1,558.03 | $ 91,757.99 |
| Insurance Expenses | $ 71.17 | $ 71.17 | $ 29,462.08 |
| Leasing Payments | $ - | $ - | $ 35,255.36 |
| Medical Expenese | $ - | $ - | $ 2,767.17 |
| Mortgage Payments | $ 3,436.55 | $ 3,436.55 | $ 111,530.32 |
| Repairs and Maintenance | $ - | $ - | $ 1,812.41 |
| Services Rendered | $ - | $ - | $ 7,412.05 |
| Licenses and permits | $ - | $ - | $ 125.00 |
| Utilities | $ 2,619.50 | $ 2,619.50 | $ 16,761.37 |
| Violations | $ - | $ - | $ 270.00 |
| Other Disbursements - Ordinary (Schedule Attached) | $ 37.69 | $ 37.69 | $ 21,605.90 |
| **Total Disbursements - Ordinary** | $ 7,722.94 | $ 7,722.94 | $ 349,320.36 |
| | | | |
| **Disbursements - Reorganization** | | | |
| Professional Fees | $ - | $ - | $ - |
| U.S. Trustee | $ - | $ - | $ 3,929.67 |
| Other Disbursements - Reorganization (Schedule Attached) | $ - | $ - | $ - |
| **Total Disbursements - Reorganization** | $ - | $ - | $ 3,929.67 |
| | | | |
| **Total Disbursements (Ordinary+Reorganization)** | $ 7,722.94 | $ 7,722.94 | $ 353,250.03 |
| | | | |
| **Net Cash Flow (Receipts Less Disbursements)** | $ 5,016.00 | $ (975.22) | $ 4,071.08 |
| | | | |
| **Cash -End of Month** | $ 10,062.25 | $ 4,071.03 | |

| Bank Accounts |
| --- |

In Re: <u>Mark Kipnis</u>                                    Case No.   1-18-40103
Debtor                                                Reporting Period:   30-Nov-20

| Other Income | TD DIP 4241 | Current Month - Actual (Total of All Accounts) | Cummulative For All Months |
|---|---|---|---|
| Business Income | $ - | $ - | $ 6,700.00 |
| Transfer from personal accounts | $ - | $ - | $ 1,978.34 |
| Support from spouse | $ - | $ - | $ 28,500.00 |
| Insurance Proceeds | $ 5,991.22 | $ - | $ - |
| Misc | $ 2,670.00 | $ 2,670.00 | $ 90,301.58 |
| Total Other Income | $ 8,661.22 | $ 2,670.00 | $ 127,479.92 |

| Bank Accounts | | | |
|---|---|---|---|
| Other Disbursements - Ordinary | TD DIP 4241 | Current Month Actual (Total of All Accounts) | Cummulative For All Months |
| Bank Service Charges | $ 1.00 | $ 1.00 | $ 1,659.05 |
| Cable Expenses | $ - | $ - | $ 1,795.01 |
| Support to wife | $ - | $ - | $ 850.00 |
| Dues and subscriptions | $ 2.99 | $ 2.99 | $ 453.18 |
| Gifts | $ - | $ - | $ 294.49 |
| Postages and Delivery | $ - | $ - | $ 198.65 |
| Tax Preparation Fees | $ - | $ - | $ 1,000.00 |
| Telephone Expense | $ 33.70 | $ 33.70 | $ 11,104.76 |
| Tolls and parking | $ - | $ - | $ 2,632.75 |
| Transportation | $ - | $ - | $ 89.70 |
| Travel Expenses | $ - | $ - | $ 1,528.31 |
| Total Other Ordinary Disbursements | $ 37.69 | $ 37.69 | $ 21,605.90 |

| Bank Accounts | | | |
|---|---|---|---|
| Other Disbursements - Reorganization | TD DIP 4241 | Current Month Actual (Total of All Accounts) | Cummulative For All Months |
| | $ - | $ - | $ - |
| | $ - | $ - | $ - |
| Total Other Disbursements - Reorganization | $ - | $ - | $ - |

sbursements for Calculating U.S. Trustee Quarterly Fees: (From "Current Month - Actual" Colum

| Total Disbursements | $ 7,722.94 |
|---|---|
| Less: Transfers To Other Debtor In Possession Accounts | $ - |
| Pluse: Estate Disbursements Made By Outside Sources (i.e. from escrow) | $ - |
| Total Disbursements For Calculating U.S. Trustee Quarterly Fees | $ 7,722.94 |

In Re: <u>Mark Kipnis</u>
**Debtor**

Case No. <u>1-18-40103</u>
Reporting Period: <u>30-Nov-20</u>

## Bank Reconciliations

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.
(Bank account numbers may be redacted to last four numbers.)

|  | TD DIP 4241 | Tax # | Other # |
|---|---|---|---|
| **Balance Per Books** | $ 10,062.25 | | |
| | | | |
| **Balance Per Bank Statement** | $ 10,062.25 | | |
| (+) Deposits In Transit (List Attached) - Cash On Hand | | | |
| (-) Outstanding Checks (List Attached) | | | |
| Other (Explanations Attached) | | | |
| **Adjusted Bank Balance\*** | $ 10,062.25 | | |

\*"Adjusted Bank Balance" must equal "Balance Per Books"

| Deposits In Transit | Date | # | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| **Total Deposits In Transit** | | | |

| Checks Outstanding | Date | Check # | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Total Checks Outstanding** | | | |

**Other**

_____
_____
_____
_____
_____

In Re: <u>Mark Kipnis</u>　　　　　　　　　　Case No.　　<u>1-18-40103</u>
　　　　**Debtor**　　　　　　　　　Reporting Period:　<u>30-Nov-20</u>

## Disbursements Journal

**Cash Disbursements**

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Total Cash Disbursements** | | | |

**Bank Account Disbursements**

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total Bank Disbursements** | | | | |

| **Total Disbursements for the Month** | | | |
|------|-------|---------|--------|

In Re: <u>Mark Kipnis</u>                                       Case No.      <u>1-18-40103</u>
       **Debtor**                                                   Reporting Period:     <u>30-Nov-20</u>

## Balance Sheet

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| Assets | Book Value At End of Current Reporting Month | Book Value On Petition Date Or Scheduled |
|---|---|---|
| **Schedule A - Real Property Assets** | | |
| 428 Ovington Avenue #3E, Brooklyn, NY 11209 | $ 457,180.00 | $ 457,180.00 |
| 359 Ovington Avenue #B7, Brooklyn, NY 11209 | $ 120,000.00 | $ 120,000.00 |
| 70 East Creek View Dr., Gouldsboro, PA 18424 | $ 150,000.00 | $ 150,000.00 |
| 1543 West 1st Street #B4, Brooklyn, NY 11204 | $ 235,831.50 | $ 235,831.50 |
| 1926 Livingston Strret, Gouldsboro, PA 18424 | $ 15,000.00 | $ 15,000.00 |
| **Total Real Propery Assets** | **$ 978,011.50** | **$ 978,011.50** |
| | | |
| **Schedule B - Personal Property Assets** | | |
| Cash on Hand | $ 40.00 | $ 40.00 |
| Bank Accounts | $ 4,071.03 | $ 5,046.25 |
| Security Deposits | $ - | $ - |
| Household Goods & Furniture | $ 2,500.00 | $ 2,500.00 |
| Electronics | $ 500.00 | $ 500.00 |
| Wearing Apparel | $ 500.00 | $ 500.00 |
| IRA | $ 3,000.00 | $ 3,000.00 |
| Pets | $ 100.00 | $ 100.00 |
| Interest in partnerships | $ 7,500.00 | $ 7,500.00 |
| Retirement and Profit Sharing | $ - | $ - |
| Autos Trucks and Vehicles | $ - | $ - |
| Professional Retainers | $ - | $ 1,000.00 |
| **Total Personal Property Assets** | **$ 18,211.03** | **$ 20,186.25** |
| | | |
| **Total Assets** | **$ 996,222.53** | **$ 998,197.75** |

| Liabilities and Owner's Equity | Book Value At End of Current Reporting Month | Book Value On Petition Date Or Scheduled |
|---|---|---|
| **Liabilities Not Subject To Compromise (Post-petition)** | | |
| Federal Income Taxes (not deducted from wages) | $ - | $ - |
| FICA/Medicare (not deducted from wages) | $ - | $ - |
| State Taxes (not deducted from wages) | $ - | $ - |
| Real Estate Taxes | $ - | $ - |
| Other Taxes | $ - | $ - |
| TOTAL TAXES | $ - | $ - |
| Professional Fees | $ 5,150.00 | $ - |
| Other Post-petition Liabilities (List of Creditors Attached) | $ 5,150.00 | $ - |
| **Total Post-petition Liabilities** | **$ 10,300.00** | **$ -** |
| | | |
| **Liabilities Subject To Compromise (Pre-petition)** | | |
| Secured Debt | $ 913,155.59 | $ 913,155.59 |
| Priority Debt | $ - | $ - |
| Unsecured Debt | $ 399,903.37 | $ 399,903.37 |
| **Total Pre-petition Liabilities** | **$ 1,313,058.96** | **$ 1,313,058.96** |
| **Total Liabilities** | **$ 1,323,358.96** | **$ 1,313,058.96** |

In Re: <u>Mark Kipnis</u>
     **Debtor**

Case No. <u>1-18-40103</u>
Reporting Period: <u>30-Nov-20</u>

## Summary of Unpaid Post-petition Debts

|  | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Mortgage | $ - | $ - | $ - | $ - | $ - | $ - |
| Rent | $ - | $ - | $ - | $ - | $ - | $ - |
| Secured Debt/Adequate Protecion Payments | $ - | $ - | $ - | $ - | $ - | $ - |
| Professional Fees | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 4,350.00 | $ 5,150.00 |
| Other Post-Petition debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Employment/Income Tax | $ - | $ - | $ - | $ - | $ - | $ - |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| **Total Post-petition Debts** | **$ 200.00** |  |  |  |  | **$ 5,150.00** |

**Number of Days Past Due**

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

In Re: <u>Mark Kipnis</u>        Case No. <u>1-18-40103</u>
     **Debtor**      Reporting Period: <u>30-Nov-20</u>

## Post-Petition Status Of Secured Notes, Leases Payables and Adequate Protection

| Name of Creditor | Scheduled Monthly Payment Due | Amount Paid During Month | Total Unpaid Post-petition |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Total Payments |  |  |  |

## Installment Payments

| Type of Property | Carrier | Period Recovered | Payment Amount and Frequency |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**In Re:** <u>Mark Kipnis</u>
**Debtor**

**Case No.** <u>1-18-40103</u>
**Reporting Period:** <u>30-Nov-20</u>

## Debtor Questionnaire

| | Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | x |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | x |
| 3 | Are property insurance, automobile insurance or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | x |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | x |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | x |
| 6 | Are any post petition State or Federal income taxes past due? | | x |
| 7 | Are any post petition real estate taxes past due? | | x |
| 8 | Are any other post petition taxes past due? | | x |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | x |
| 10 | Are any amounts owed to post petition creditors delinquent? | | x |
| 11 | Have any post petition loans been been received by the Debtor from any party? | | x |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | x |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | x |

 **Bank**

America's Most Convenient Bank®

T        STATEMENT OF ACCOUNT

MARK KIPNIS
428 OVINGTON AVE APT 3E
BROOKLYN NY  11209-1552

| | |
|---|---|
| Page: | 1 of 5 |
| Statement Period: | Nov 04 2020-Dec 03 2020 |
| Cust Ref #: | T-### |
| Primary Account #: | 4241 |

## TD Convenience Checking

MARK KIPNIS

Account              4241

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 3,953.61 | Average Collected Balance | 9,218.34 |
| Deposits | 600.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 12,168.19 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 4,298.62 | Days in Period | 30 |
| Electronic Payments | 2,918.37 | | |
| Service Charges | 1.00 | | |
| Ending Balance | 9,503.81 | | |

---

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/27 | DEPOSIT | 600.00 |
| | Subtotal: | 600.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/04 | ACH DEPOSIT, PROG SPECIALTY INS PREM ****44118 Mark | 4.00 |
| 11/04 | ACH DEPOSIT, PROG SPECIALTY INS PREM ****44118 Mark | 4.00 |
| 11/04 | ACH DEPOSIT, PROG SPECIALTY INS PREM ****44118 Mark | 4.00 |
| 11/04 | ACH DEPOSIT, PROG SPECIALTY INS PREM ****44118 Mark | 4.00 |
| 11/04 | ACH DEPOSIT, PROG SPECIALTY INS PREM ****44118 Mark | 4.00 |
| 11/04 | ACH DEPOSIT, PROG SPECIALTY INS PREM ****44118 Mark | 80.84 |
| 11/04 | ACH DEPOSIT, PROG SPECIALTY INS PREM ****44118 Mark | 108.90 |
| 11/04 | ACH DEPOSIT, PROG SPECIALTY INS PREM ****44118 Mark | 112.90 |
| 11/04 | ACH DEPOSIT, PROG SPECIALTY INS PREM ****44118 Mark | 407.04 |
| 11/04 | ACH DEPOSIT, PROG SPECIALTY INS PREM ****44118 Mark | 455.56 |
| 11/04 | ACH DEPOSIT, PROG SPECIALTY INS PREM ****44118 Mark | 488.78 |
| 11/04 | ACH DEPOSIT, PROG SPECIALTY INS PREM ****44118 Mark | 514.82 |
| 11/04 | ACH DEPOSIT, PROG SPECIALTY INS PREM ****44118 Mark | 514.82 |
| 11/04 | ACH DEPOSIT, PROG SPECIALTY INS PREM ****44118 Mark | 514.82 |
| 11/04 | ACH DEPOSIT, PROG SPECIALTY INS PREM ****44118 Mark | 514.82 |
| 11/04 | ACH DEPOSIT, PROG SPECIALTY INS PREM ****44118 Mark | 564.48 |
| 11/04 | ACH DEPOSIT, PROG SPECIALTY INS PREM ****44118 Mark | 564.48 |
| 11/04 | ACH DEPOSIT, PROG SPECIALTY INS PREM ****44118 Mark | 564.48 |
| 11/04 | ACH DEPOSIT, PROG SPECIALTY INS PREM ****44118 Mark | 564.48 |
| 11/05 | ACH DEPOSIT, VENMO CASHOUT ****965288 | 670.00 |

# How to Balance your Account

**Begin by adjusting your account register as follows:**

· Subtract any services charges shown on this statement.

· Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.

· Add any interest earned if you have an interest-bearing account.

· Add any automatic deposit or overdraft line of credit.

· Review all withdrawals shown on this statement and check them off in your account register.

· Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance     9,503.81

② Total Deposits   +

③ Sub Total

④ Total Withdrawals

⑤ Adjusted Balance

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Deposits** |  | ② |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Withdrawals** |  | ④ |

**FOR CONSUMER ACCOUNTS ONLY    IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

· Your name and account number.
· A description of the error or transaction you are unsure about.
· The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY    BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

· Your name and account number.
· The dollar amount of the suspected error.
· Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.


## **Bank**
America's Most Convenient Bank®

MARK KIPNIS

STATEMENT OF ACCOUNT

| | |
|---|---|
| Page: | 3 of 5 |
| Statement Period: | Nov 04 2020-Dec 03 2020 |
| Cust Ref #: | T-### |
| Primary Account #: | 4241 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/06 | ACH DEPOSIT, ADVANCE HOME CAR PAYROLL 6749 | 499.92 |
| 11/06 | ACH DEPOSIT, FRIENDLY HOME CA PAYROLL 7560 | 519.51 |
| 11/13 | ACH DEPOSIT, ADVANCE HOME CAR PAYROLL 6749 | 499.92 |
| 11/13 | ACH DEPOSIT, FRIENDLY HOME CA PAYROLL 7560 | 519.51 |
| 11/19 | DEBIT CARD CREDIT 0423, AUT 111920 VISA DDA REF AMAZON COM AMZN COM BILL   AMZN COM BILL * WA | 29.25 |
| 11/20 | ACH DEPOSIT, ADVANCE HOME CAR PAYROLL 6749 | 499.92 |
| 11/20 | ACH DEPOSIT, FRIENDLY HOME CA PAYROLL 7560 | 519.51 |
| 11/23 | ATM CHECK DEPOSIT 0423 AUT 112320 ATM CHECK DEPOSIT 2417 PARK AVENUE      EASTON    * PA | 1,400.00 |
| 11/27 | ACH DEPOSIT, ADVANCE HOME CAR PAYROLL 6749 | 499.92 |
| 11/27 | ACH DEPOSIT, FRIENDLY HOME CA PAYROLL 7560 | 519.51 |
| | Subtotal: | 12,168.19 |

### Checks Paid    No. Checks: 5    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 11/09 | 213 | 1,449.81 | 11/27 | 258* | 650.00 |
| 11/12 | 222* | 558.74 | 12/03 | 1749755* | 212.07 |
| 11/13 | 223 | 1,428.00 | | | |
| | | | | Subtotal: | 4,298.62 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/04 | DEBIT CARD PURCHASE 0423, AUT 103120 VISA DDA PUR AMZN MKTP US 285GU3EN2    AMZN COM BILL * WA | 13.77 |
| 11/04 | DEBIT CARD PAYMENT 0423, AUT 110220 VISA DDA PUR APPLE COM BILL      408 974 1010 * CA | 2.99 |
| 11/06 | DEBIT CARD PURCHASE 0423, AUT 110420 VISA DDA PUR TRACFONE   SERVICES     TRACFONE COM * FL | 16.85 |
| 11/09 | DEBIT CARD PURCHASE 0423, AUT 110620 VISA DDA PUR VESTED BUSINESS BROKERS    SMITHTOWN  * NY | 9.99 |
| 11/09 | DEBIT CARD PURCHASE 0423, AUT 110620 VISA DDA PUR HELLERS GAS          570 689 6049   PA | 662.63 |
| 11/09 | DEBIT CARD PAYMENT 0423, AUT 110820 VISA DDA PUR LEMONADE I LEMONADE I    LEMONADE COM * NY | 39.00 |
| 11/12 | DEBIT CARD PURCHASE 0423, AUT 111020 VISA DDA PUR AMZN MKTP US 287GJ0W00 A    AMZN COM BILL * WA | 16.95 |
| 11/12 | DEBIT CARD PURCHASE 0423, AUT 111020 VISA DDA PUR DALEVILLE ACE HARDWARE    COVINGTON TOW * PA | 102.93 |
| 11/12 | DEBIT CARD PURCHASE 0423, AUT 111020 VISA DDA PUR DALEVILLE ACE HARDWARE    COVINGTON TOW * PA | 5.29 |

 **Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MARK KIPNIS



| | |
|---|---|
| Page: | 4 of 5 |
| Statement Period: | Nov 04 2020-Dec 03 2020 |
| Cust Ref #: | T-### |
| Primary Account #: | 4241 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/12 | DEBIT POS          0423, AUT 111220 DDA PURCHASE<br>SHOPRITE DALEVILLE S1      DALEVILLE    * PA | 166.08 |
| 11/13 | DEBIT CARD PAYME          0423, AUT 111220 VISA DDA PUR<br>LEMONADE I LEMONADE T    LEMONADE COM * NY | 32.17 |
| 11/13 | ELECTRONIC PMT-TEL, PP ELEC BILL          6018 | 644.87 |
| 11/16 | DEBIT CARD PURCHA          0423, AUT 111120 VISA DDA PUR<br>AMAZON COM 2047Q8NW1 AMZ   AMZN COM BILL * WA | 38.71 |
| 11/16 | DEBIT CARD PURCHA          0423, AUT 111520 VISA DDA PUR<br>AMZN MKTP US 205SMTT10    AMZN COM BILL * WA | 26.11 |
| 11/19 | DEBIT CARD PURC          0423, AUT 111820 VISA DDA PUR<br>GROUPON  INC      312 2886424      IL | 4.99 |
| 11/23 | DEBIT PO          0423, AUT 112320 DDA PURCHASE<br>SANDY LAKES WHO      EASTON    * PA | 125.05 |
| 11/23 | DEBIT PO          0423, AUT 112320 DDA PURCHASE<br>TJMAXX 0 3926 LINDEN    BETHLEHEM   * PA | 285.72 |
| 11/25 | DEBIT CARD PURCHASE          0423, AUT 112320 VISA DDA PUR<br>JOHN G S      EASTON    * PA | 41.50 |
| 11/30 | DEBIT CARD PURCHA          0423, AUT 112820 VISA DDA PUR<br>AMZN MKTP US LC3WU6DZ3    AMZN COM BILL * WA | 100.70 |
| 11/30 | DEBIT POS          0423, AUT 113020 DDA PURCHASE<br>FONG  ZHUU UUI      BROOKLYN    * NY | 32.87 |
| 11/30 | DEBIT POS          0423, AUT 113020 DDA PURCHASE<br>NET COST 6071 1      BROOKLYN    * NY | 121.15 |
| 11/30 | DEBIT POS          0423, AUT 113020 DDA PURCHASE<br>ALEXS DISCOUNT LIQUOR  BROOKLYN    * NY | 82.68 |
| 12/01 | DEBIT CARD PURCHASE,          0423, AUT 112920 VISA DDA PUR<br>TRACFONE    SERVICES      TRACFONE COM * FL | 16.85 |
| 12/01 | DEBIT CARD PURCHASE          0423, AUT 113020 VISA DDA PUR<br>NYCDOT PARKING METERS    LONG IS CITY * NY | 2.00 |
| 12/01 | DEBIT CARD PURCHAS          0423, AUT 113020 VISA DDA PUR<br>EAST GOURMET BUFFET    BARTONSVILLE * PA | 33.00 |
| 12/01 | DEBIT POS          0423, AUT 120120 DDA PURCHASE<br>DOLLAR GENERAL  298 STA   CLIFTON TOWNS * PA | 22.80 |
| 12/02 | DEBIT CARD PURCHA          0423, AUT 113020 VISA DDA PUR<br>SINCLAIR NETCONG NJ    NETCONG    * NJ | 34.93 |
| 12/02 | DEBIT POS          0423, AUT 120220 DDA PURCHASE<br>DOLLAR GENERAL  298 STA   CLIFTON TOWNS * PA | 32.50 |
| 12/03 | DEBIT CARD PURCHASE          0423, AUT 113020 VISA DDA PUR<br>AMZN MKTP US LH87B5NT3    AMZN COM BILL * WA | 95.15 |
| 12/03 | DEBIT CARD PAYMENT          0423, AUT 120220 VISA DDA PUR<br>APPLE COM BILL      866 712 7753 * CA | 2.99 |
| 12/03 | DEBIT POS          0423, AUT 120320 DDA PURCHASE<br>SHOPRITE DALEVILLE S1      DALEVILLE    * PA | 105.15 |

Subtotal: 2,918.37

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

T        STATEMENT OF ACCOUNT

MARK KIPNIS
428 OVINGTON AVE APT 3E
BROOKLYN NY 11209-1552

| | |
|---|---|
| Page: | 1 of 5 |
| Statement Period: | Oct 04 2020-Nov 03 2020 |
| Cust Ref #: | T-### |
| Primary Account #: | 4241 |



## TD Convenience Checking

MARK KIPNIS

Account ████████4241

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 935.09 | Average Collected Balance | 4,065.70 |
| Deposits | 5,300.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 5,786.11 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 4,768.71 | Days in Period | 31 |
| Electronic Payments | 3,297.88 | | |
| Service Charges | 1.00 | | |
| Ending Balance | 3,953.61 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/21 | DEPOSIT | 5,300.00 |
| | Subtotal: | 5,300.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/05 | ACH DEPOSIT, VENMO CAS███████6334 | 835.00 |
| 10/09 | ACH DEPOSIT, ADVANCE HOME CAR PAYROLL 6749 | 499.92 |
| 10/09 | ACH DEPOSIT, FRIENDLY HOME CA PAYROLL | 1,036.63 |
| 10/13 | POS CRED████████0423, AUT 101220 DDA PURCH REF<br>TJMAXX 0 2530 HYLAN B      STATEN ISLAND * NY | 57.98 |
| 10/13 | POS CREDIT████████0423, AUT 101220 DDA PURCH REF<br>MARSHALLS 2485 RICHMON      STATEN ISLAND * NY | 54.99 |
| 10/14 | POS CRED████████0423, AUT 101420 DDA PURCH REF<br>MARSHALLS 1118 COMMERC      DICKSON CITY * PA | 59.99 |
| 10/16 | ACH DEPOSIT, ADVANCE HOME CAR PAYROLL 6749 | 499.92 |
| 10/22 | POS CRED████████0423, AUT 102220 DDA PURCH REF<br>TJMAXX 0 2530 HYLAN B      STATEN ISLAND * NY | 56.98 |
| 10/22 | POS CREDIT████████0423, AUT 102220 DDA PURCH REF<br>MARSHALLS 2485 RICHMON      STATEN ISLAND * NY | 56.34 |
| 10/23 | ACH DEPOSIT, ADVANCE HOME CAR PAYROLL 6749 | 499.92 |
| 10/23 | ACH DEPOSIT, FRIENDLY HOME CA PAYROLL 7560 | 1,039.02 |
| 10/27 | POS CREDIT████████0423, AUT 102720 DDA PURCH REF<br>MARSHALLS 1118 COMMERC      DICKSON CITY * PA | 69.99 |
| 10/30 | ACH DEPOSIT, ADVANCE HOME CAR PAYROLL 6749 | 499.92 |
| 10/30 | ACH DEPOSIT, FRIENDLY HOME CA PAYROLL 7560 | 519.51 |
| | Subtotal: | 5,786.11 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**

America's Most Convenient Bank®

MARK KIPNIS

## DAILY ACCOUNT ACTIVITY

### Checks Paid    No. Checks: 5    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|------|-----------|--------|------|-----------|--------|
| 10/20 | 0000 | 995.23 | 11/03 | 218* | 212.07 |
| 10/22 | 214* | 558.74 | 10/28 | 220* | 1,574.67 |
| 10/27 | 215 | 1,428.00 | | | |
| | | | | Subtotal: | 4,768.71 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|--------------|-------------|--------|
| 10/05 | DEBIT CARD PAYME███████████423, AUT 100220 VISA DDA PUR<br>APPLE COM BILL    866 712 7753 * CA | 2.99 |
| 10/05 | DEBIT PO███████████0423, AUT 100520 DDA PURCHASE<br>SHOPRITE DALEVILLE S1    DALEVILLE    * PA | 132.26 |
| 10/07 | DEBIT CARD PURCHAS██████0423, AUT 100520 VISA DDA PUR<br>AMZN MKTP US MK75T6AN0    AMZN COM BILL * WA | 9.00 |
| 10/07 | DEBIT CARD PURCHASE██████0423, AUT 100520 VISA DDA PUR<br>TRACFONE    SERVICES    TRACFONE COM * FL | 16.85 |
| 10/07 | DEBIT CARD PURCHAS██████0423, AUT 100620 VISA DDA PUR<br>VESTED BUSINESS BROKERS    SMITHTOWN * NY | 9.99 |
| 10/08 | DEBIT POS██████0423, AUT 100820 DDA PURCHASE<br>SHOPRITE DALEVILLE S1    DALEVILLE    * PA | 13.77 |
| 10/09 | DEBIT CARD PAYMENT██████0423, AUT 100820 VISA DDA PUR<br>LEMONADE I  LEMONADE I    LEMONADE COM * NY | 39.00 |
| 10/09 | DEBIT PO██████0423, AUT 100920 DDA PURCHASE<br>RITE AID 00216    MOSCOW    * PA | 33.07 |
| 10/09 | DEBIT POS,██████0423, AUT 100920 DDA PURCHASE<br>SHOPRITE DALEVILLE S1    DALEVILLE    * PA | 3.99 |
| 10/13 | DEBIT CARD PURCHAS██████0423, AUT 101120 VISA DDA PUR<br>OMIYA 2015 INC    BROOKLYN    * NY | 38.05 |
| 10/13 | DEBIT PO██████0423, AUT 101120 DDA PURCHASE<br>BAYRIDGE DISCOUNT LIQU    BROOKLYN    * NY | 37.00 |
| 10/13 | DEBIT CARD PAYMENT██████0423, AUT 101220 VISA DDA PUR<br>LEMONADE I  LEMONADE I    LEMONADE COM * NY | 32.17 |
| 10/16 | DEBIT CARD PURCHAS██████0423, AUT 101420 VISA DDA PUR<br>AMAZON COM MK09F5YI2 AMZ    AMZN COM BILL * WA | 11.10 |
| 10/19 | DEBIT CARD PURCHAS██████0423, AUT 101520 VISA DDA PUR<br>AMZN MKTP US 2T9VG7ZF2 A    AMZN COM BILL * WA | 9.85 |
| 10/19 | DEBIT PO██████0423, AUT 101720 DDA PURCHASE<br>TJMAXX 0 780 SCRANTON    SCRANTON    * PA | 56.98 |
| 10/19 | DEBIT POS██████0423, AUT 101720 DDA PURCHASE<br>MARSHALLS 1118 COMMERC    DICKSON CITY * PA | 102.22 |
| 10/19 | DEBIT CARD PURCHAS██████0423, AUT 101820 VISA DDA PUR<br>GROUPON  INC    312 2886424 * IL | 4.99 |
| 10/19 | DEBIT POS██████0423, AUT 101820 DDA PURCHASE<br>DOLLAR GE 298 STATE RO    CLIFTON TOWNS * PA | 40.78 |



**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MARK KIPNIS

| | |
|---|---|
| Page: | 4 of 5 |
| Statement Period: | Oct 04 2020-Nov 03 2020 |
| Cust Ref #: | ▮▮▮T-### |
| Primary Account #: | ▮▮▮▮4241 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/20 | DEBIT POS, ▮▮▮▮00423, AUT 102020 DDA PURCHASE DOLLAR GE 208 STATE RO    CLIFTON TOWNS * PA | 4.85 |
| 10/21 | DEBIT CARD PURCHASE ▮▮▮▮0423, AUT 101920 VISA DDA PUR APPLE COM BILL    866 712 7753    CA | 17.40 |
| 10/21 | ACH DEBIT, PROG SPECIALTY INS PRE ▮▮▮▮4118 Mark | 514.82 |
| 10/22 | DEBIT CARD PURCHASE ▮▮▮▮0423, AUT 102020 VISA DDA PUR QUICK CHEK CORPORATION    MT ARLINGTON * NJ | 23.08 |
| 10/22 | DEBIT CARD PURCHASE ▮▮▮▮0423, AUT 102020 VISA DDA PUR QUICK CHEK CORPORATION    MT ARLINGTON * NJ | 4.00 |
| 10/22 | DEBIT CARD PURCHASE ▮▮▮▮0423, AUT 102120 VISA DDA PUR PROGRESSIVE INS    855 758 0945 * OH | 714.30 |
| 10/23 | DEBIT CARD PURCHA ▮▮▮▮0423, AUT 102220 VISA DDA PUR MELICKS TOWN FARM    OLDWICK    * NJ | 17.07 |
| 10/26 | DEBIT CARD PURCHA ▮▮▮▮0423, AUT 102220 VISA DDA PUR SHELL OIL 12367422016    OLDWICK    * NJ | 20.48 |
| 10/26 | DEBIT POS ▮▮▮▮0423, AUT 102620 DDA PURCHASE MARSHALLS 1118 COMMERC    DICKSON CITY * PA | 121.28 |
| 10/27 | DEBIT POS ▮▮▮▮0423, AUT 102720 DDA PURCHASE MARSHALLS 1118 COMMERC    DICKSON CITY * PA | 138.99 |
| 10/28 | DEBIT CARD PURCHASE ▮▮▮▮0423, AUT 102520 VISA DDA PUR AMAZON COM 2T11J47K2    AMZN COM BILL * WA | 11.11 |
| 10/29 | DEBIT POS ▮▮▮▮0423, AUT 102920 DDA PURCHASE UNIQUE FLOWERS    BROOKLYN    * NY | 13.07 |
| 10/30 | DEBIT CARD PURCHASE ▮▮▮▮0423, AUT 102920 VISA DDA PUR BLUE RIDGE CABLE TECH    800 222 5377 * PA | 196.75 |
| 10/30 | ACH DEBIT, HARLAND CLARKE CHK ORDERS *Q▮▮▮▮03741L7 | 27.05 |
| 11/02 | DEBIT CARD PURCHASE ▮▮▮▮0423, AUT 103020 VISA DDA PUR TRACFONE  SERVICES    TRACFONE.COM * FL | 16.85 |
| 11/02 | DEBIT CARD PURCHASE ▮▮▮▮0423, AUT 103020 VISA DDA PUR HELLERS GAS    570 689 6049 * PA | 662.00 |
| 11/02 | DEBIT POS ▮▮▮▮0423, AUT 103120 DDA PURCHASE SHOPRITE DALEVILLE S1    DALEVILLE    * PA | 136.41 |
| 11/03 | DEBIT CARD PURCHASE ▮▮▮▮0423, AUT 102920 VISA DDA PUR AMAZON COM 282K6PA0    AMZN COM BILL * WA | 20.44 |
| 11/03 | DEBIT CARD PAYMEN ▮▮▮▮0423, AUT 110220 VISA DDA PUR INSTACART SUBSCRIPTION    HTTPSINSTACAR * CA | 9.99 |
| 11/03 | DEBIT PO ▮▮▮▮0423, AUT 110320 DDA PURCHASE DAVINKO  INC CI    GOULDSBORO    * PA | 33.88 |

|  |  |  |
|---|---|---|
|  | Subtotal: | 3,297.88 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 🏠

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MARK KIPNIS

| | |
|---|---|
| Page: | 5 of 5 |
| Statement Period: | Oct 04 2020-Nov 03 2020 |
| Cust Ref #: | T-### |
| Primary Account #: | 4241 |



---

## DAILY ACCOUNT ACTIVITY

### Service Charges

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/03 | PAPER STATEMENT FEE | 1.00 |
| | Subtotal: | 1.00 |

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/03 | 935.09 | 10/21 | 7,153.16 |
| 10/05 | 1,634.84 | 10/22 | 5,966.36 |
| 10/07 | 1,599.00 | 10/23 | 7,488.23 |
| 10/08 | 1,585.23 | 10/26 | 7,346.47 |
| 10/09 | 3,045.72 | 10/27 | 5,849.47 |
| 10/13 | 3,051.47 | 10/28 | 4,263.69 |
| 10/14 | 3,111.46 | 10/29 | 4,250.62 |
| 10/16 | 3,600.28 | 10/30 | 5,046.25 |
| 10/19 | 3,385.46 | 11/02 | 4,230.99 |
| 10/20 | 2,385.38 | 11/03 | 3,953.61 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender