UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:

                                                      Case No.: 1-18-40103-nhl

Mark Kipnis,                                            Chapter 11

        Debtor.

-----------------------------------------------------------X

**AFFIDAVIT OF DISBURSEMENTS**
**FOR THE PERIOD DECEMBER 1, 2020 TO DECEMBER 22, 2020**

STATE OF NEW YORK      )
                                     )
COUNTY OF KINGS        )

        I, Mark Kipnis, being duly sworn, hereby deposes and says:

1. My name is Mark Kipnis, I am the Debtor. I am over 21 years of age and fully competent to make this declaration. I have personal knowledge of the facts set forth in this affidavit.
2. I had a total disbursement for the period from December 1, 2020 to December 22, 2020 of $ 4,995.69.

        Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

        Executed on December 22, 2020.

                                                                       /s/ *Mark Kipnis*
                                                                      Mark Kipnis